Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dgrassgreen@pszjlaw.com
          mlitvak@pszjlaw.com

Attorneys for Vita Partners, LLC,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No.: 11-11708 |
| VITA PARTNERS, LLC, | Chapter 11 |
| Debtor. | **NOTICE OF THIRD MOTION FOR ORDER EXTENDING (A) DEBTOR'S EXCLUSIVE PERIODS TO FILE A PLAN AND SOLICIT ACCEPTANCES THEREOF; AND (B) COURT-IMPOSED CONFIRMATION DEADLINE**<br><br>[No Hearing Requested] |

**PLEASE TAKE NOTICE** that Vita Partners, LLC, the debtor and debtor in possession in the above-captioned case (the "Debtor"), has filed its *Third Motion for Order Extending (A) Debtor's Exclusive Periods to File a Plan and Solicit Acceptances Thereof; and (B) Court-Imposed Confirmation Deadline* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on the memorandum of points and authorities, and any other evidence properly before the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Local Rule 9014-1(b)(3), any objection to or request for hearing on the Motion must be filed and served upon the undersigned counsel within twenty-one (21) days of the mailing of this Notice. Any objection or request for hearing must be accompanied by any declarations or memoranda of law that the

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1   objecting or requesting party wishes to present in support of its position.  If there is no timely

2   objection or request for hearing, the Court may grant the relief requested in the Motion by default.  If

3   an objection or request for hearing is timely made, the Debtor will set the matter for hearing and will

4   provide at least seven (7) days' written notice of the hearing to the objecting or requesting party.

5   Dated:    October 27, 2011          PACHULSKI STANG ZIEHL & JONES LLP

6

7                                        By      /s/ Maxim B. Litvak
                                                 Debra I. Grassgreen
8                                                Maxim B. Litvak

9                                                Attorneys for Vita Partners, LLC, Debtor
                                                 and Debtor in Possession

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA